1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

10
11
12

| | |
|---|---|
| EHON MICHAEL BAKER, | ) ED CV 12-69-JSL (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| KEN CLARK, WARDEN, | ) |
| | ) |
| Respondent. | ) |

18

     IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed without prejudice.

DATED: _8/7/12_

_Spencer Letts_
_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

1